**SO ORDERED.**

**DONE and SIGNED September 6, 2023.**



_____
**JOHN S. HODGE**
**UNITED STATES BANKRUPTCY JUDGE**

---

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case Number: 22-11291 |
| | § | |
| Christopher Dale Middleton | § | Chapter 13 |
| Debtor | § | |

**Order**

Before the court is an amended chapter 13 plan proposed by Debtor. *See* docket no. 36.

For the reasons stated in the Memorandum Ruling,

**IT IS ORDERED THAT**:

1. The trustee's objection to the plan is hereby **SUSTAINED**; and

2. Confirmation of the plan is hereby **DENIED**.

###